AUGUST 17, 1960

No. 64459.—SUIT 5011.—United States v. British Cars & Parts, Inc., and Robert
E. Landweer & Co., Inc.——A.R.D. 109
affirmed June 8, 1960.—C.A.D. 741.

BEFORE THE SECOND DIVISION, AUGUST 22, 1960

No. 64460.—Lacy Falk v. United States, protest 60/185 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the
merchandise consists of synthetic filaments similar in all material respects to
those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust.
Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, AUGUST 22, 1960

No. 64461.—A. V. Olsson Trading Co., Inc. v. United States, protests 59/23199,
etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the
merchandise consists of bread similar in all material respects to that the
subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78,
C.A.D. 733), the claim of the plaintiff was sustained.

No. 64462.—A. V. Olsson Trading Co. v. United States, protest 59/27148 (Boston).

Opinion by DONLON, J. In accordance with stipulation of counsel that the
merchandise consists of bread similar in all material respects to that the
subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78,
C.A.D. 733), the claim of the plaintiff was sustained.

No. 64463.—A. V. Olsson Trading Co., Inc. v. United States, protests 60/5703
and 60/7853 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the
merchandise consists of bread similar in all material respects to that the subject
of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D
733), the claim of the plaintiff was sustained.